WENDY J. OLSON, IDAHO STATE BAR NO. 7634
UNITED STATES ATTORNEY
BRYCE B. ELLSWORTH, IDAHO STATE BAR NO. 8254
SPECIAL ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF IDAHO
WASHINGTON GROUP PLAZA IV
800 EAST PARK BOULEVARD, SUITE 600
BOISE, ID 83712-7788
TELEPHONE: (208) 334-1211
FACSIMILE:  (208) 334-9375

U.S. COURTS

OCT 14 2015

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY NIGEL SEITZ,<br>MICHAEL ANDRES MENICA,<br><br>Defendants. | Case No. CR 15-0243-S EJL<br><br>**INDICTMENT**<br><br>21 U.S.C. § 841(a)(1), (b)(1)(B) and (b)(1)(C)<br>21 U.S.C. § 846<br>21 U.S.C. § 853 |

The Grand Jury charges:

### COUNT ONE

**Conspiracy to Distribute Methamphetamine**
**21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B)**

On or about May 19, 2015, in the District of Idaho, the defendants, CODY NIGEL

SEITZ and MICHAEL ANDRES MENICA, did knowingly and intentionally combine, conspire,

confederate and agree with each other and with other individuals, known and unknown to the

Grand Jury, to distribute 50 grams or more of a mixture and substance containing a detectable

INDICTMENT - 1

amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

### COUNT TWO

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about April 16, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT THREE

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**

On or about April 23, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

### COUNT FOUR

**Possession with Intent to Distribute Methamphetamine**
**21 U.S.C. § 841(a)(1) and (b)(1)(B)**

On or about May 7, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT FIVE

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(B)

On or about May 19, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(B).

## COUNT SIX

### Possession with Intent to Distribute Methamphetamine
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about August 28, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

## COUNT SEVEN

### Possession with Intent to Distribute Oxycodone
### 21 U.S.C. § 841(a)(1) and (b)(1)(C)

On or about August 28, 2015, in the District of Idaho, the defendant, CODY NIGEL SEITZ, did knowingly and intentionally possess with intent to distribute Oxycodone, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C).

INDICTMENT - 3

## CRIMINAL FORFEITURE ALLEGATION

### Drug Forfeiture
### 21 U.S.C. § 853

As a result of the violations of Title 21, United States Code, Sections 841(a)(1), (b)(1)(B), (b)(1)(C) and 846 set forth in the above counts of this Indictment, the defendants CODY NIGEL SEITZ and MICHAEL ANDRES MENICA, shall forfeit to the United States any and all property, real and personal, tangible and intangible, consisting of or derived from any proceeds the defendants obtained directly or indirectly as a result of the foregoing drug offenses; and any and all property, real and personal, tangible and intangible, used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the foregoing offenses; these interests include, but are not limited to, the following properties:

    **A.**    **Cash Proceeds:** At least the sum of $7600 in United States currency and all interest and proceeds traceable thereto, in that such sum in aggregate is property which constituted proceeds of the charged offenses, property involved in or facilitating such offenses, or was received in exchange for the distribution of controlled substances, and was subsequently expended, spent, distributed or otherwise disposed of by the defendants, to which they are jointly and severally liable.

    **B.**    **Substitute Assets:**

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

    (a)    Cannot be located upon the exercise of due diligence;

    (b)    Has been transferred or sold to, or deposited with, a third party;

    (c)    Has been placed beyond the jurisdiction of the court;

    (d)    Has been substantially diminished in value; or

INDICTMENT - 4

(e) Has been commingled with other property which cannot be divided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said defendants up to the value of the forfeitable property described above.

Dated this 14th day of October, 2015.

A TRUE BILL

/s/ [signature on reverse]

FOREPERSON

WENDY J. OLSON
UNITED STATES ATTORNEY
By:

BRYCE B. ELLSWORTH
SPECIAL ASSISTANT UNITED STATES ATTORNEY

INDICTMENT - 5