# CRIMINAL COVERSHEET

| | |
|---|---|
| DEFENDANT'S NAME: **Cody Nigel Seitz** | JUVENILE: No |
| DEFENSE ATTORNEY: | CR 15-0243-SEJL |
| Address: | PUBLIC or SEALED: Public |
| | SERVICE TYPE: Warrant |
| | (Summons or Warrant or Notice (if Superseding)) |
| Telephone No.: | ISSUE: Yes |
| INVESTIGATIVE AGENT: Christopher Davis | INTERPRETER: N/A |
| Telephone No.: (208) 501-5762 | If YES, language: |
| AGENCY: Drug Enforcement Administration | |
| CASE INFORMATION: Drug Trafficking | RELATED COMPLAINT: No CASE NUMBER: |

U.S. COURTS
OCT 14 2015
Rcvd____Filed____Time____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

## CRIMINAL CHARGING INFORMATION

CHARGING DOCUMENT: **Indictment**

| | | | |
|---|---|---|---|
| Felony: | Yes | County of Offense: | Canyon |
| Class A Misdemeanor: | No | Estimated Trial Time: | 3 days |
| Class B or C Misdemeanor (Petty Offense): | No | | |

| STATUTE (Title and Section(s)) | COUNT/ FORFEITURE ALLEGATION | BRIEF DESCRIPTION | PENALTIES (Include Supervised Release and Special Assessment) |
|---|---|---|---|
| 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(B) | ONE | Conspiracy to Distribute Methamphetamine | Up to 5 to 40 years in prison, at least 4 years SR, $5,000,000.00 fine, $100 SA |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | TWO and THREE | Possession with Intent to Distribute Methamphetamine | Up to 20 years imprisonment, at least 3 years SR, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(B) | FOUR and FIVE | Possession with Intent to Distribute Methamphetamine | Up to 5 to 40 years in prison, at least 4 years SR, $5,000,000.00 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | SIX | Possession with Intent to Distribute Methamphetamine | Up to 20 years imprisonment, at least 3 years SR, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 841(a)(1) and (b)(1)(C) | SEVEN | Possession with Intent to Distribute Oxycodone | Up to 20 years imprisonment, at least 3 years SR, $1,000,000 fine, $100 Special Assessment |
| 21 U.S.C. § 853 | Drug Forfeiture | Criminal Forfeiture | Forfeiture |

Date: 14 October 2015   Assistant U.S. Attorney: BRYCE B. ELLSWORTH
Telephone No.: (208) 334-1211