Samuel Richard Rubin
FEDERAL PUBLIC DEFENDER
Melissa Winberg
FEDERAL DEFENDER SERVICES OF IDAHO
702 West Idaho Street, Suite 1000
Boise, ID 83702
Telephone:    (208) 331-5500
Facsimile:     (208) 331-5525

Attorneys for Defendant
CODY NIGEL SEITZ

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
(HONORABLE EDWARD J. LODGE)

| UNITED STATES OF AMERICA, | ) | CR15-243-S-EJL |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW |
| vs. | ) | AND FOR APPOINTMENT |
| | ) | OF SUBSTITUTE COUNSEL |
| CODY NIGEL SEITZ, | ) | |
| Defendant. | ) | |

TO:   WENDY J. OLSON, UNITED STATES ATTORNEY
      BRYCE ELLSWORTH, SPECIAL ASSISTANT US ATTORNEY

Melissa Winberg, for the Federal Defender Services of Idaho, hereby moves this

honorable Court, pursuant to Local Criminal Rule 44.1(b), to permit counsel to withdraw

from further representation of Mr. Seitz in this case. The Federal Defenders further move

for immediate appointment of substitute counsel to take over the representation of Mr. Seitz. Defense counsel maintains that there is an unavoidable conflict of interest that requires the filing of this motion. The factual basis for this request is set forth in defense counsel's affidavit, which is being filed separately, under seal. The nature of the conflict is such that it cannot be cured.

Mr. Seitz requires immediate representation by counsel not burdened by such a conflict. Accordingly, counsel hereby moves to have this Court permit the Federal Defenders to withdraw and to appoint substitute counsel immediately to continue the representation of Mr. Seitz. The Federal Defenders will do everything possible to assist any substitute counsel to get up to speed quickly on Mr. Seitz's case.

Accordingly, the Federal Defenders, through the undersigned, respectfully request this Court to appoint substitute counsel for Mr. Seitz at the earliest possible opportunity and to allow this office to withdraw from further responsibility in this case.

Dated: March 02, 2016

Respectfully submitted,
SAMUEL RICHARD RUBIN
FEDERAL PUBLIC DEFENDER
By:

/s/Melissa Winberg
Melissa Winberg
Federal Defender Services of Idaho
Attorneys for Defendant
CODY NIGEL SEITZ

# CERTIFICATE OF SERVICE

      I CERTIFY that I am an employee of the Federal Defender Services of Idaho, and that a copy of the foregoing MOTION TO WITHDRAW AND FOR SUBSTITUTION OF COUNSEL was served on all parties named below on this 02nd day of March, 2016.

| | |
|---|---|
| Bryce Ellsworth, Special Assistant US Attorney<br>Office of the United States Attorney<br>Washington Group Plaza, IV<br>800 Park Blvd, Suite 600<br>Boise, ID 83712<br>bryce.ellsworth@usdoj.gov | _____ United States Mail<br>__X__ CM/ECF Filing<br>_____ Email Transmission<br>_____ Facsimile Transmission |

Dated: March 02, 2016      /s/_____
                                          Nancy Hernandez